.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL QUALITY FOODS, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VAN HOEKELEN GREENHOUSES, INC., a Pennsylvania corporation,<br><br>　　　　Defendant. | Case No. 3:16-cv-00920-LB<br><br>[~~PROPOSED~~] **ORDER DISMISSING COMPLAINT OF GLOBAL QUALITY FOODS, INC., WITH PREJUDICE** |

　　Having reviewed the Parties' Stipulation for Dismissal of the Complaint, with prejudice, and finding dismissal to be appropriate,

　　IT IS HEREBY ORDERED that the Complaint filed on February 24, 2016 by Global Quality Foods, Inc. against Van Hoekelen Greenhouses, Inc. is dismissed, with prejudice. Each side to bear its own fees and costs.

Dated: September 14, 2016

_____
LAUREL BEELER
UNITED STATES MAGISTRATE JUDGE